UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOMINIC ANTHONY ROSATO,

    Plaintiff,

v().    Case No.: 2:24-cv-741-SPC-NPM

LEE DIXON, JON CARNER,
DONALD SAWYER and DOTTIE
RIDDLE,

    Defendants.
_____/

# **OPINION AND ORDER**

Before the Court is Plaintiff Dominic Anthony Rosato's Amended Complaint (Doc. 25). Rosato is an involuntarily committed resident of the Florida Civil Commitment Center (FCCC), and he sues four FCCC officials under 42 U.S.C. § 1983. Rosato is litigating this action *in forma pauperis*, so the Court must review the Amended Complaint *sua sponte* to determine whether it is frivolous or malicious, fails to state a claim, or seeks monetary damages against a party who is immune from such relief. *See* 28 U.S.C. 1915(e)(2).

To state a § 1983 claim, a plaintiff must allege that (1) the defendant deprived him of a right secured under the Constitution or federal law, and (2) the deprivation occurred under color of state law. *Bingham v. Thomas*, 654

F.3d 1171, 1175 (11th Cir. 2011) (citing *Arrington v. Cobb Cnty.*, 139 F.3d 865, 872 (11th Cir. 1998)). In addition, a plaintiff must allege and establish an affirmative causal connection between the defendant's conduct and the constitutional deprivation. *Marsh v. Butler Cnty., Ala.*, 268 F.3d 1014, 1059 (11th Cir. 2001).

The crux of this action is Rosato's claim that defendants Dixon, Carner, and Sawyer have denied Rosato an opportunity to freely practice his wiccan faith. In the Amended Complaint, Rosato added a claim that Dottie Riddle erroneously denied a grievance based on noncompliance with the FCCC's policies. Rosato does not have a constitutional right to a grievance procedure, so an alleged defect in the grievance procedure did not violate his constitutional rights. *See Allen v. Sec'y, Fla. Dep't of Corr.*, 578 F. App'x 836, 839 (11th Cir. 2014). Thus, Rosato has not stated a claim against Riddle.

Accordingly, Rosato's claim against Riddle is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to terminate Riddle as a party to this case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 18, 2025.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record